UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
SHANIQUA S. CATTENHEAD-FOLK, :
:
                 Plaintiff, :     21 Civ. 9552 (JPC) (SN)
:
        -v- :           ORDER
:
UNITED STATES OF AMERICA, :
:
                Defendant. :
:
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties' settlement efforts in this case were unsuccessful. The Court will hold a status conference on August 14, 2023, at 4:30 p.m. to discuss any proposed summary judgment motions or to set a trial date. The conference will take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: August 8, 2023
       New York, New York                               JOHN P. CRONAN
                                                                United States District Judge