

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 10, 2023

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>Cattenhead-Folk v. United States of America</u>, 21-cv-9552 (JPC)

Dear Judge Cronan:

      This Office represents defendant United States of America (the "Government") in the above-referenced action brought by plaintiff Shaniqua S. Cattenhead-Folk ("Plaintiff") under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. ("FTCA").  On August 8, 2023, the Court entered an Order scheduling a status conference on August 14, 2023, to discuss any proposed summary judgment motions or to set a trial date.  <u>See</u> Order (ECF No. 58).  The Government writes respectfully to request a brief adjournment of the August 14 status conference because the undersigned will be on previously scheduled leave from August 14 through 18.  Plaintiff's counsel consents to the adjournment request.  The Government is available for the rescheduled conference on August 22 in the morning, August 23, August 24 in the afternoon, August 25, August 28, August 30 in the afternoon, August 31, September 1, or on another date convenient for the Court.  The Government asked Plaintiff's counsel for his availability for an adjourn date several times but a response was not provided.  I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Carly Weinreb
       CARLY WEINREB
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2769
       Carly.Weinreb@usdoj.gov
       *Counsel for Defendant*

Cc:    Michael Krigsfeld, *Counsel for Plaintiff* (by ECF)

---

The request is granted.  The conference currently scheduled for August 14, 2023 is adjourned until August 24, 2023 at 2:00 p.m.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 59.

SO ORDERED.
Date: August 10, 2023
New York, New York

JOHN P. CRONAN
United States District Judge