UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                         :

SHANIQUA S. CATTENHEAD-FOLK,         :

                              Plaintiff,                  :

                                                                         :                      21 Civ. 9552 (JPC) (SN)

                      -v-                  :

                                                                         :                      <u>PRETRIAL ORDER</u>

UNITED STATES OF AMERICA,            :

                              Defendant.                :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Trial is scheduled to begin in this matter on February 20, 2024. Any motions *in limine* shall be filed by November 20, 2023, oppositions shall be filed by December 11, 2023, and any replies shall be filed by December 18, 2023. The joint proposed pretrial order shall be filed in accordance with 7.B, 7.D and 7.E of the Court's Individual Rules and Practices in Civil Cases (https://www.nysd.uscourts.gov/hon-john-p-cronan) and is due January 22, 2024, with the exceptions of (1) motions in *limine* under 7.D.ii, which are subject to the schedule detailed above, and (2) affidavits constituting direct testimony under 7.E.i, because the Court will receive live direct testimony from witnesses at trial. The parties shall appear for a final pretrial conference on February 14, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel. The Parties shall submit thumb drives with electronic copies of all pre-marked trial exhibits by February 14, 2024.

       SO ORDERED.

Dated: August 24, 2023
       New York, New York                                          _____
                                                                                  JOHN P. CRONAN
                                                                                  United States District Judge