```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHANIQUA S. CATTENHEAD-FOLK,                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :            21 Civ. 9552 (JPC)
              -v-                                                      :
                                                                       :                  ORDER
UNITED STATES OF AMERICA,                                              :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties should be prepared to discuss at the February 14, 2024 final pretrial conference whether Dr. Vadim Lerman's supplemental report dated December 15, 2023 should be precluded as untimely, including the significance of Federal Rule of Civil Procedure 26(e)(2).

SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                                _____
                                                         JOHN P. CRONAN
                                                    United States District Judge